## (January 5, 1984)

■ In the Matter of JAMES R. ZIENTEK, Petitioner, v THOMAS COUGHLIN, III, as Commissioner of New York Department of Corrections, Respondent. — Application for permission to proceed as a poor person and for assignment of counsel, treated as application for relief pursuant to CPLR 5704 (subd [a]), denied (see *Matter of King v Gregorie*, 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Mahoney, P. J., Main, Weiss, Mikoll and Levine, JJ., concur.

■ In the Matter of the Claim of SUSAN L. HOWARD, Also Known as SUSAN L. ALLEN, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken, pursuant to section 624 of the Labor Law, denied, without costs (see *Matter of Gonzalez [Ross]*, 47 NY2d 922; *Matter of Krasniqi [Simnica — Ross,]*, 87 AD2d 923). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.

■ In the Matter of LINDA L. SCHAFFER, Respondent, v WILLIAM H. SCHAFFER, Appellant. — Motion for modification of this court's decision dated December 16, 1982 (91 AD2d 747) denied, without costs (see *Deeves v Fabric Fire Hose Co.*, 14 NY2d 633; *Matter of Huie [Furman]*, 20 NY2d 568). Mahoney, P. J., Kane, Casey and Weiss, JJ., concur.